[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10624
Non-Argument Calendar
_____

D.C. Docket No. 1:08-00356-WSD-ECS-13

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ZULEY SANCHEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia
_____
(August 15, 2012)

Before TJOFLAT, BARKETT and KRAVITCH, Circuit Judges

PER CURIAM:

Jeff P. Manciagli, retained counsel for Zuley Sanchez in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sanchez's conviction and sentence are **AFFIRMED**.